IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ARTHUR OGNIBENE,          )
                          )
            Plaintiff,    )   Civil Action No. 2:08-CV-00074
                          )   Electronically Filed
vs.                       )
                          )
STONEMOR PARTNERS, LP,    )
                          )
            Defendant     )

## ORDER OF COURT

AND NOW, to-wit, this 8th day of April, 2008, it is hereby Ordered that the Plaintiff's Motion for Substitution of Parties is granted. StoneMor GP LLC shall be substituted as the Defendant for the currently named Defendant StoneMor Partners, LP.

BY THE COURT:

_____, J.

{G:\CLIENTS\07350\01\LP5557.DOC}