IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ARTHUR OGNIBENE,

    Plaintiff,

                                             Civil Action No. 2:08cv00074

v.                                   Electronically Filed

                                             Judge Lancaster

STONEMOR PARTNERS, GP LLC

    Defendants.

## STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the parties to this matter hereby stipulate to the dismissal

of the above matter with prejudice.

Respectfully submitted,

s/Melvin L. Vatz
Melvin L. Vatz, Esquire
Grossinger Gordon Vatz, LLP
1000 Law and Finance Building
Pittsburgh, PA 15219
412-391-3030
mlv@ggvlaw.com
Attorney for Plaintiff

s/Penelope P. Jones
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
215-569-5380
Jones-P@BlankRome.com
Attorney for Defendant

SO ORDERED, this 3rd day of September, 2008.

Gary L. Lancaster, U.S. District Judge